DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ST. MARY'S MEDICAL CENTER,**
Appellant,

v.

**DORIS BASIL,**
Appellee.

No. 4D2023-2651

[May 16, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502023GA000638XXXMB.

Susanne E. Riedhammer of Chimpoulis & Hunter, P.A., Plantation, for appellant.

Ibegbulam Basil, West Palm Beach, pro se.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***